UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 13-62-JST (JPRx)                                              Date:  March 21, 2013

Title:  Trees Woror, et al. v. Michael Ross, etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                              Not Present

**PROCEEDINGS:     (IN CHAMBERS) ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION**

Plaintiffs filed their Complaint in this Court, asserting a single claim for fraud. (*See* Compl., Doc. 1.)  Plaintiffs allege that federal-question jurisdiction lies "because the matter involves a federal question based on sovereignty issues due to the prior involvement of the U.S. Department of Housing and Urban Development regarding the subject matter property, as determined by, and reported to Plaintiff Mark Seidenberg, an individual, the United States Attorney's Office for the Central District of California." (Compl. ¶ 1.)  Plaintiffs do not explain why the prior involvement of an agency of the federal government presents a federal question in this case involving the transfer of real property.

Accordingly, Plaintiffs are ordered to show cause no later than **April 5, 2013**, why this case should not be dismissed for lack of subject-matter jurisdiction.  Failure to timely respond will result in immediate dismissal of this action.

Initials of Preparer:  tg